Disposition of Petitions For Discretionary Review Under G.S. 7A-31

STATE v. LEISY

No. 155 PC

Case below: 49 NC App 546

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 January 1981. Motion of Attorney General to dismiss appeal for lack of significant public interest allowed 6 January 1981.

STATE v. MANEY

No. 93 PC

Case below: 48 NC App 742

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 January 1981. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 27 January 1981.

STATE v. MESSER

No. 165 PC

Case below: 49 NC App 691

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 January 1981.

STATE v. PARRISH

No. 122 PC

Case below: 49 NC App 546

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 2 February 1981.